KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FATEMAH GHANDEHARI,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL CHERTOFF, Department of Homeland Security; ALBERTO GONZALES, US Attorney General; ROBERT DIVINE, US Citizenship and Immigration Services; ALFONSO AGUILAR, US Citizenship and Immigration Services; DAVID STILL, US Citizenship and Immigration Services, and DOES I - 5,<br><br>  Respondents. | Case No. 05-5310 MHP<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Petitioner filed this action on or about December 22, 2005. The United States Attorney's Office was not served until March 13, 2006.

    2. Pursuant to this Court's December 22, 2005 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on April 17, 2006, and attend a case management conference on April 24, 2006.

    3. Accordingly, in order to allow sufficient time for USCIS to answer and prepare a joint case

Stip. to Extend Dates
C 05-5310 MHP

management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Joint ADR Certification | May 30, 2006 |
| Last day to file/serve Joint Case Management Statement: | June 12, 2006 |
| Case Management Conference: | June 26, 2006, at 4:00 p.m. |

Date: March 15, 2006                    Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

/s/
Date: March 16, 2006                    DIANE LUONG
                                        Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 17, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip. to Extend Dates
C 05-5310 MHP                                2