1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |
8 | Attorneys for Respondents

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | FATEMAH GHANDEHARI,            )
                                   )
13 |         Petitioner,            )   Case No. 05-5310 MHP
                                   )
14 |     v.                         )
                                   )
15 | MICHAEL CHERTOFF, Department of Homeland )   **STIPULATION TO DISMISS AND**
Security; ALBERTO GONZALES, US Attorney )   **[PROPOSED] ORDER**
16 | General; ROBERT DIVINE, US Citizenship and )
Immigration Services; ALFONSO AGUILAR, US )
17 | Citizenship and Immigration Services; DAVID )
STILL, US Citizenship and Immigration Services, )
18 | and DOES I - 5,                )
                                   )
19 |         Respondents.           )
                                   )
20 |

21 |     Petitioner, by and through her attorney of record, and Respondents, by and through their

22 | attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

23 | above-entitled action without prejudice in light of the fact that the United States Citizenship and

24 | Immigration Services is now prepared to adjudicate petitioner's application for naturalization and

25 | agree to adjudicate such application within 30 days of the dismissal of this action.

26 |     Each of the parties shall bear their own costs and fees.

27 | ///

28 | ///

Stip. to Dismiss
C 05-5310 MHP

| | | |
|---|---|---|
| 1 | Date: May 4, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 5 | | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| 9 | Date: May 5, 2006 | /s/<br>DIANE LUONG<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 9, 2006

_____
MARILYN HALL PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stip. to Dismiss
C 05-5310 MHP                              2